80,585-01

~~WR-585~~
WR-80-585-01

10-19-15

TO: CLERK ABEL ACOSTA
     COURT OF CRIMINAL APPEALS.

FROM: SCOTT HESS #1841004
      HIGHTOWER UNIT
      902 F.M. 686
      DAYTON, TX. 77535

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 29 2015
Abel Acosta, Clerk

RE: MY LETTER TO THE COURT APPOINTED
    ATTURNEY — JOE KRIPPEL

DEAR CLERK,
   I NEED TO MAKE ABSOLUTELY CERTAIN
THAT THE JUDGE IN MY CASE HAS A
CHANCE TO SEE A COPY OF THIS LETTER
TO MY ATTORNEY... BEFORE RENDERING
ANY DESCISION IN MY CASE. I AM
AN INNOCENT MAN.    THANK YOU

               — RESPECTFULLY

                [signature]

P.S.
PLEASE REFFER TO "DUCKETT #12" (EXHIBIT B)
IN MY PENDING CASE AT THE U.S. DISTRICT
COURT — SOUTHERN RIEGON/ BROWNSVILLE DIVISION
# 1:13-CV-190



9-28-15

TO: JOE KRIPPEL-ATTORNEY-PORTER, TX.
FROM: SCOTT HESS. #1841004
RE: STATUS OF CASE

DEAR JOE,
   I RECENTLY SENT YOU A BRIEF LETTER STATING THAT I WAS SO GLAD THAT I WAS UNSUCCESSFUL AT TERMINATING YOUR SERVICES. AND LIKE I SAID ALSO, I'M AWARE THAT SOMETHING NEW HAS BEEN FILED AT THE C.C.A. FOR ME - AND I'M DYING OF COURIOSITY.
   I ALSO WANT TO MAKE SURE THAT THE STATE HAS A CHANCE TO RESPOND TO THE CONSTITUTIONAL RIGHTS VIOLATION - NAMELY NO ARRAIGNMENT FOR 3 MOS. AFTER ARREST AND NO ATTORNEY APPOINTED FOR OVER 4 MONTHS.

   THIS IS THE ARGUMENT THAT WAS SOLID ENOUGH IN THE U.S.D.C. IN BROWNSVILLE - ENOUGH SO... THAT IMMEDIATELY AFTER THE U.S.D.C. RECIEVED THIS ATTACHMENT TO GROUND 5 ON MY FEDERAL WRIT - YOU WERE APPOINTED BY THE TRIAL COURT JUDGE. SO IT MUST HAVE HELD SOME KIND OF

WEIGHT AT THE FEDERAL LEVEL.

JOE, PLEASE MAKE CERTAIN THAT WHATEVER YOU HAVE COME UP WITH TO HELP ME IN MY CASE IS SUPPLIMENTED WITH THIS AGRUMENT.

LOOK AGAIN AT THE 3 PAGES THAT I SHOWED YOU FROM 8-4-14. THIS WAS THE HELP I RECIEVED FROM A BONAFIED PARALEGAL AT MY FORMER UNIT. HE HAS THE SAME CASE — AND HE ALSO GOT SOME ACTION FROM THIS ARGUEMENT.... BUT AT THE STATE LEVEL. SO PLEASE DON'T BE SO QUICK TO DISMISS THIS AS A VALID ARGUEMENT UNTILL YOU HAVE AT LEAST RESEARCHED IT.

THE LAST I HEARD FROM YOU — YOU WERE PLANNING A VISIT WITH ME AGAIN.... IS THAT STILL POSSIBLE?

I LOOK FORWARD TO HEARING ANY NEWS — IN PERSON OR IN WRITING. THANK YOU.
RESPECTFULLY